Case 10-37756    Doc 27    Page 1 of 3

FILED
September 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002964016

Mark E. Huber
LAW OFFICE OF MARK E. HUBER
2140 Professional Drive, Suite 250
Roseville, CA 95661
Telephone: 916-781-3500
Facsimile: 916-782-3332
huberlaw@surewest.net
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
[Sacramento Division]

In re,

CHERIE ANN LOPEZ, and
VINCENT LOPEZ

                Movants

) CASE NO: 10-37756-E-13L
)
) DC: MEH-001
)
)
)
) DECLARATION OF CHERIE ANN
) LOPEZ, and VINCENT LOPEZ
) IN SUPPORT OF MOTION TO
) CONFIRM AMENDED/MODIFIED
) CHAPTER 13 PLAN

11 U.S.C.§ 1322, 1323, 1325, 1326
GENERAL ORDER 05-03
LOCAL RULE OF BANKR PRO 9014-1(F)(1)

Date     November 16, 2010
Time:    2:00 p.m.
Judge:   Sargis
Location: Department E /Courtroom 33
          United States Federal
          Courthouse
          501 I Street
          Sacramento, CA 95814

    I, Cherie Ann Lopez and Vincent Lopez, joint debtors in the above captioned case do hereby declare:

1.    **Personal knowledge.**

    Except as to those matters I have alleged on information and belief (Which I do believe to be true), I have personal knowledge of the facts contained herein and, if called upon, could

1 competently testify thereto.

2 **2.    Status.**

3   I am a Joint Debtor in the above-entitled petition with my spouse, Vincent Lopez, filed
4 pursuant to Chapter 13 of Title 11 of the United States Code.

5 **3.    Amended Chapter 13 Plan.**

6   My Husband,, the co-Debtor in our case and I have read the Chapter 13 Plan to which this
7 declaration refers.

8 **4.    Good faith.**

9   We have proposed this Chapter 13 Plan in good faith. Particularly, I note that after
10 considering all options and speaking with Mark E. Huber, Attorney at Law, I believe that a Chapter
11 13 bankruptcy petition is the best avenue to resolve our debt problems and, considering all applicable
12 factors, that the proposed Chapter 13 Plan is in the best interests of all concerned. Further, I believe
13 that the terms of the plan are not forbidden by any provision of law.

14 **5.    Unsecured Creditors.**

15   Unsecured creditors will receive at least what they would receive in the event of a Chapter
16 7 liquidation.

17 **6.    Secured Creditors.**

18   **We have two secured creditors who hold a secured lien on my home and automobile.**

19   **(A) American Home Mortgage Servicing holds a 1st priority deed of trust on my**
20 **residence. The bank shall retain the lean on my residence**

21   **(B) Wells Fargo Auto Finance financed an automobile. The creditor shall retain the**
22 **lien securing the property pursuant to 11 U.S.C. § 1325 (a)(5)(B).**

23 **7.    Feasible.**

24   Having reviewed the Chapter 13 Plan, including the "Plan Payments and Term" (which
25 outlines both the monthly payments to the Chapter 13 trustee and the period of time that we will
26 make those payments), as well as the applicable "Additional Provisions," if any, I believe that we
27 will be able to make these payments to the Chapter 13 trustee. And we are willing to do so.

28 **8.    Disposable income.**

Our projected disposable income, as calculated by my attorney, has been devoted to the plan.

**9.    Petition-filed in good faith.**

Our petition was filed in good faith and in an effort to resolve my debt problems.

**10.    Domestic Support Obligations.**

At no time before or after the petition date have either if us been under an order for domestic support.

**11.    Tax Returns.**

We have filed all federal, state and local tax returns required of me for tax periods ending four years prior to the petition date.

**12.    Confirmation.**

I ask that the court confirm this Chapter 13 Plan.

I declare under penalty of perjury that the forgoing is true and correct under the laws of the United States of America.


Dated: September 29 , 2010                             /s/ Cherie Ann Lopez


                                                       /s/Vincent Lopez

- 3 -