2010-37756
FILED
February 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003282508

1  2

2  NEIL ENMARK, #159185, attorney for
   L.J. LOHEIT, TRUSTEE
3  P.O. BOX 1858
   SACRAMENTO, CA 95812-1858
4  (916) 856-8000

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re:                              ) Case No: 10-37756-E-13L
                                    )
CHERIE ANN LOPEZ                    ) **ORDER CONFIRMING PLAN**
                                    )
VINCENT LOPEZ                       )
                                    )
        Debtor(s).                  )
_____ )

The Chapter 13 Plan of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) Plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the Plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.  The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor(s) address;

RECEIVED
February 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003282508

2. The Debtor shall immediately notify the Trustee in writing of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the court.

*[signature]*
Approved as to form by Chapter 13 Trustee

Dated: February 18, 2011

By the Court

*[signature]*
Ronald H. Sargis, Judge
United States Bankruptcy Court